IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCIS TEJANI KUNDA | ) | |
| | ) | |
| V. | ) | 3-05-CV-2518-N |
| | ) | |
| CATHERINE GOULD, ET AL | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. It is further ordered that Plaintiff's motion for leave to amend [16] is denied.

Signed May 31, 2006.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE